# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2006

131382

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE SAMANTHA NICOLE CLIFFORD
and ZACHARY WILLIAM CLIFFORD, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

DENNIS CLIFFORD,
       Respondent-Appellant,

and

TERESA JO CLIFFORD,
       Respondent.

_____/

SC: 131382
COA: 266606
St. Joseph CC
Family Division: 04-000869-NA

On order of the Court, the application for leave to appeal the May 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2006

s0620

Clerk